# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELANIE SMITH,**

      **Plaintiff,**

**v.**                                                                                                                         **Case No:   6:14-cv-409-Orl-22KRS**

**ARAMARK CORPORATION,**

      **Defendant.**

## ORDER

This cause is before the Court on the Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreements and Dismissal With Prejudice (Doc. No. 29) filed on October 14, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 30, 2014 (Doc. No. 30), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreements and Dismissal With Prejudice is hereby GRANTED.  The Court finds that the settlements are fair and reasonable resolutions of a *bona fide* dispute under the FLSA.

      3.      Plaintiffs' counsel is PROHIBITED from withholding any portion of the $7,000.00 payable to Smith and the $2,100.00 payable to Reed under their respective settlement agreements pursuant to a contingent fee agreement or otherwise.

      4.      Plaintiffs' counsel shall provide of copy of this Order to the Plaintiffs.

      5.      This case is DISMISSED with prejudice.

      6.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record